STEPHEN P. KAUFMAN, an Infant, by JOHN J. KAUFMAN, His Guardian ad Litem, et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 31579.) —

Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.